Timothy R. Kurtz, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538P.O. Box 956
Boise, ID 83702
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Stehrenberger, Tamio Lucien
Stehrenberger, Anna Christine

                Debtor(s).

Case No. 20-00833-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 11/20/2020, 09:00 AM

Location of Meeting: Boise, Idaho

Recorder Track No.: 1

1. Debtor(s) were sworn and examined.

2. Debtor(s)' attorney was present.

3. Debtor(s)' identification was verified.

4. Debtor(s)' social security number was verified.

5. The following creditors appeared at the meeting:  None.

6. The meeting was concluded.

Date: November 23, 2020                /s/  Timothy R. Kurtz
                                              Chapter 7 Bankruptcy Trustee