# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**TAMIO LUCIEN STEHRENBERGER and ANNA CHRISTINE STEHRENBERGER,**<br><br>  Debtors. | **CASE NO. 20-00833-NGH**<br><br>**CHAPTER 7** |

## ORDER

Based on the Court's oral ruling entered this date, and good cause appearing,

IT IS HEREBY ORDERED that:

(1) Creditor Michiko Stehrenberger's Motion to Extend December 14, 2020 Deadline to file 727 Objection to Discharge and/or 523 Adversary Complaint or Other Requests for Relief, Doc. No. 35, is GRANTED; and

(2) Creditor Michiko Stehrenberger shall have ninety (90) days from December 14, 2020, to take action consistent with this order.

DATED: December 21, 2020



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 1