UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

STEHRENBERGER, TAMIO,
STEHRENBERGER, ANN,

Debtors.

Case No. 20-00833-NGH

Chapter 7

**ORDER APPROVING ABANDONMENT OF PROPERTY OF THE ESTATE**

Based on the Notice of Proposed Abandonment of Property of the Estate (Dkt. No. 50), and good cause appearing therefore;

IT IS ORDERED that the No-Fault Auto Accident (USAA #41249467-10) is abandoned as estate property, pursuant to 11 U.S.C. § 544(a) and Fed. R. Bankr. P. 6007, effective December 22, 2020.  //end of text//

DATED: January 19, 2021

NOAH G. HILLEN
U.S. Bankruptcy Judge

Order submitted by Timothy R. Kurtz, Trustee