**Joshua M. O'Hare,**
**Bar No. 10927**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**P.O. Box 10**
**Meridian, ID 83680**
**Phone: (208) 888-9111**
**FAX: (208) 888-5130**
**johare@foleyfreeman.com**

**Attorney for Debtors**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| In re: | Case No. 20-00833-NGH |
|---|---|
| **TAMIO LUCIEN STEHRENBERGER and ANNA CHRISTINE STEHRENBERGER,** | Chapter 7 |
| Debtor. | **MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW Joshua M. O'Hare of the firm Foley Freeman, PLLC, the attorney of record for the above-named Debtors, Tamio Stehrenberger and Anna Stehrenberger, and moves this Court for an Order allowing Joshua M. O'Hare, and the law firm of Foley Freeman PLLC, to withdraw as the attorneys of record for Debtors.

This Motion is supported by the Affidavit of Joshua M. O'Hare filed concurrently herewith.

The last known address for the withdrawing attorney's clients is:

Tamio Stehrenberger            Anna Stehrenberger
956 S. Lake Pointe Way         956 S. Lake Pointe Way
Eagle, ID 83616                Eagle, ID 83616

**MOTION TO WITHDRAW AS COUNSEL - 1**

DATED this 15th day of March, 2021.

                                                FOLEY FREEMAN, PLLC

                                                /s/ Joshua M. O'Hare
                                                Joshua M. O'Hare
                                                Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of March, 2021, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Michiko Natalie Stehrenberger<br>2500 Blanchard Drive<br>Santa Rosa Valley, CA 93012 | _X_<br>_X_ | U.S. Mail<br>E-Mail |
| Tamio Stehrenberger<br>956 S. Lake Pointe Way<br>Eagle, ID 83616 | _X_ | U.S. Mail |
| Anna Stehrenberger<br>956 S. Lake Pointe Way<br>Eagle, ID 83616 | _X_ | U.S. Mail |

                                                /s/ Joshua M. O'Hare
                                                Joshua M. O'Hare

**MOTION TO WITHDRAW AS COUNSEL - 2**