**Joshua M. O'Hare,**
**Bar No. 10927**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**P.O. Box 10**
**Meridian, ID 83680**
**Phone: (208) 888-9111**
**FAX: (208) 888-5130**
**johare@foleyfreeman.com**

**Attorney for Debtors**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-00833-NGH |
| **TAMIO LUCIEN STEHRENBERGER and ANNA CHRISTINE STEHRENBERGER,** | Chapter 7 |
| **Debtor.** | **NOTICE OF HEARING** |

YOU AND EACH OF YOU ARE HEREBY NOTIFIED the Motion to Withdraw as Attorney of Record (Docket No. 64) shall be heard on the **31st day of March, 2021 at the hour of 1:30 p.m.** or as soon thereafter as counsel can be heard before the Honorable Judge Noah G. Hillen **via telephonic hearing.**

Parties shall call into the number below at least ten (10) minutes prior to the start of the hearing. The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called. Once you are finished with your case(s), you may hang up.

**Judge Hillen's Conference No: 1-877-336-1829**

**Access No: 3956660**

DATED this 15th day of March, 2021.

FOLEY FREEMAN, PLLC

/s/ Joshua M. O'Hare
Joshua M. O'Hare
Attorney for Debtors

**NOTICE OF HEARING - 1**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 15th day of March, 2021, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Michiko Natalie Stehrenberger<br>2500 Blanchard Drive<br>Santa Rosa Valley, CA 93012 | X<br>X | U.S. Mail<br>E-Mail |
| Tamio Stehrenberger<br>956 S. Lake Pointe Way<br>Eagle, ID 83616 | X | U.S. Mail |
| Anna Stehrenberger<br>956 S. Lake Pointe Way<br>Eagle, ID 83616 | X | U.S. Mail |

/s/ Joshua M. O'Hare
Joshua M. O'Hare

**NOTICE OF HEARING - 2**