## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 20-00833-NGH |
|---|---|
| **TAMIO LUCIEN STEHRENBERGER and ANNA CHRISTINE STEHRENBERGER,** | Chapter 7 |
| **Debtor.** | |

### ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

THIS MATTER having come before this court upon the Motion to Withdraw as Counsel of Record (Docket No. 64), and with good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record is GRANTED and Joshua M. O'Hare and the firm Foley Freeman, PLLC, are hereby allowed to withdraw as attorneys of record for Tamio Lucien Stehrenberger and Anna Christine Stehrenberger ("Debtors"), pursuant to the provisions of LBR 9010.1(f).

IT IS FURTHER ORDERED that Debtors shall appear in this case through new counsel or on behalf of themselves, within twenty-one (21) days from the entry of this order. No further proceedings will be held in this case that would affect Debtors' rights within those twenty-one (21) days.  //end of text//

DATED: March 30, 2021

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by Joshua M. O'Hare, Attorney for Debtors.