**Alexandra O. Caval, ISB#7999**
**Caval Law Office, P.C.**
**P.O. Box 1716**
**Twin Falls, ID 83303-1716**
**T: 208.733.2035**
**F: 208.733.3919**
**alex@cavallawoffice.com**

*Attorney for Anna Stehrenberger*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **TAMIO STEHRENBERGER,** **ANNA STEHRENBERGER,** | **CASE NO. 20-00833-NGH** |
| Debtors. | |

**NOTICE OF CHANGE OF ADDRESS FOR ANNA STEHRENBERGER**

NOW COMES the Debtor, by and through her attorney Alexandra O. Caval, and hereby notify the Court, trustee, and all other parties in interest of a change in address at:

Anna Stehrenberger
3277 S Sedgebrook Lane
Eagle, ID 83616

DATED this 5th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　*/s/ Alexandra O. Caval*
　　　　　　　　　　　　　　　　　　　　　Alexandra O. Caval, Attorney for the Debtor

NOTICE OF CHANGE OF ADDRESS FOR ANNA STEHRENBERGER - 1

## *CERTIFICATE OF SERVICE*

I, HEREBY CERTIFY that on August 5, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Blair Clark
dbc@dbclarklaw.com

Tim Kurtz
trk@kurtztrustee.com

Brent Wilson
bwilson@hawleytroxell.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Anna Stehrenberger
3277 S Sedgebrook Lane
Eagle, ID 83616

___ U.S. Mail
___ Hand Delivered
_X_ Email
___ Fax

Tamio Stehrenberger
956 S. Lake Pointe Way
Eagle, ID 83616

_X_ U.S. Mail
___ Hand Delivered
___ Email
___ Fax

Michiko Stehrenberger
2500 Blanchard Road
Santa Rosa Valley, CA 93012

_X_ U.S. Mail
___ Hand Delivered
___ Email
___ Fax

/s/ Alexandra O. Caval
Alexandra O. Caval, Attorney for the Debtor